JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ANDREW MICHAEL HAYS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-CV-00001-SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from July 30, 2014, to September 26, 2014.  This is Plaintiff's first request for an extension by stipulation of the parties.

Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  August 15, 2014

Respectfully submitted,
*/s/   Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff

Dated:  August 15, 2014

BENJAMIN B. WAGNER
United States Attorney

1

```
                                    DONNA L. CALVERT
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    (As authorized via email on August 15, 2014)
                         By:        /s/_____
                                    Lynn Harada for Patrick William Snyder
                                    Office of the General Counsel/SSA
                                    Attorneys for Defendant
```

ORDER

APPROVED AND SO ORDERED:

Dated:  8/22/2014                   /s/ SANDRA M. SNYDER_____
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge

2