JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ANDREW MICHAEL HAYS,<br><br>           Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:14-CV-00001-SMS<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO SERVE PLAINTIFF'S **OPENING** BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's **OPENING** BRIEF be extended from December 14, 2014, to January 13, 2015.  This is Plaintiff's first request for an extension with regard to the plaintiff's opening brief, and third overall request for an extension by stipulation of the parties.

With reductions in staff, Counsel has found it necessary to request an extension.  Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  December 15, 2014

Respectfully submitted,
*/s/__Jonathan Omar Pena__*
JONATHAN OMAR PENA
Attorney for Plaintiff

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  December 15, 2014

        BENJAMIN B. WAGNER
        United States Attorney
        DONNA L. CALVERT
        Regional Chief Counsel, Region IX
        Social Security Administration

        **(As authorized via email on 12/15/14)**
By:  /s/
        Jeffrey Chen on behalf of
        Patrick William Snyder
        Office of the General Counsel/SSA
        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATED:  <u>12/17/2014</u>        <u>/s/ SANDRA M. SNYDER</u>
        UNITED STATES MAGISTRATE JUDGE

2