JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ANDREW MICHAEL HAYS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:14-CV-00001-SMS<br><br>STIPULATION AND ORDER FOR **SECOND** EXTENSION OF TIME TO SERVE PLAINTIFF'S OPENING BRIEF |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's **OPENING** BRIEF be extended from January 13, 2015, to January 23, 2015.   This is Plaintiff's second request for an extension with regard to the plaintiff's opening brief.

　　　Due to family issues beyond the control of Plaintiff's Counsel, additional time is needed to complete Plaintiff's Opening Brief.  Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  January 13, 2015　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　*/s/  Jonathan Omar Pena*
　　　　　　　　　　　　　　　　　　　　JONATHAN OMAR PENA
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

Dated:  January 13, 2015         BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 **(As authorized via email on 1/13/15)**
                         By:     /s/
                                 Patrick William Snyder
                                 Office of the General Counsel/SSA
                                 Attorneys for Defendant


                                 <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  <u>1/13/2015</u>         <u>/s/ SANDRA M. SNYDER</u>
                                 UNITED STATES MAGISTRATE JUDGE

2