1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  PATRICK WILLIAM SNYDER, CSBN 260690
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone:  (415) 977-8927
7       Facsimile:  (415) 744-0134
        E-Mail: Patrick.Snyder@ssa.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12 ANDREW HAYS,                        ) CIVIL NO. 1:14-CV-00001-SMS
                                       )
13 Plaintiff,                          )
                                       ) **ORDER AND STIPULATION FOR**
14 v.                                  ) **COMMISSIONER'S EXTENSION**
                                       )
15 CAROLYN W. COLVIN,                  )
   Acting Commissioner of              )
16 Social Security,                    )
                                       )
17 Defendant.                          )
                                       )
18

19

20     IT IS HEREBY STIPULATED by and between the parties, through their respective

21 undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has

22 30 additional days to respond to Plaintiff's motion for summary judgment.  Defendant's response is

23 currently due February 23, 2015.  Defendant requests this extension due to over two dozen active

24 district court cases. Upon issuance of this order, Defendant will have until March 25, 2015 to file the

25 response and all other dates extended accordingly.

26

27                    Respectfully submitted,

28

Dated:  February 23, 2015	BENJAMIN B. WAGNER
	United States Attorney
	DONNA L. CALVERT
	Regional Chief Counsel, Region IX
	Social Security Administration

	By:	/s/  Patrick William Snyder
		PATRICK WILLIAM SNYDER
		Special Assistant U.S. Attorney
		Attorneys for Defendant


Dated: February 23, 2015	/s/ Jonathan Omar Pena

	JONATHAN OMAR PENA
	(as authorized via email)
	Attorney at Law
	Attorney for Plaintiff

## ORDER

APPROVED AND SO ORDERED:

Dated:  2/24/2015	/s/ SANDRA M . SNYDER
	UNITED STATES MAGISTRATE JUDGE