BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HAYS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 1:14-CV-00001-SMS<br><br>**ORDER AND STIPULATION FOR COMMISSIONER'S EXTENSION** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's motion for summary judgment.  Defendant's response is currently due March 25, 2015.  Defendant is unable to finish within the current time due to time taking care of his father, who fell ill in late February, and subsequent arrangements after his death on March 7. Upon issuance of this order, Defendant will have until April 24, 2015 to file the response with all other dates extended accordingly. This is Defendant's second extension request.

Respectfully submitted,

Dated:  March 9, 2015              BENJAMIN B. WAGNER
                                   United States Attorney
                                   DONNA L. CALVERT
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                          By:      /s/  *Patrick William Snyder*
                                   PATRICK WILLIAM SNYDER
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant


Dated: March 9, 2015

                                    */s/ Jonathan Omar Pena*
                                   JONATHAN OMAR PENA
                                   (as authorized via email)
                                   Attorney at Law
                                   Attorney for Plaintiff

                                   ORDER

APPROVED AND SO ORDERED:

Dated:  3/10/2014                  /s/ SANDRA M. SNYDER
                                   UNITED STATES MAGISTRATE JUDGE