BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANDREW MICHAEL HAYS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:14-CV-00001-SMS<br><br>STIPULATION TO EXTEND TIME AND ORDER THEREON |

    The parties, through their respective counsel, hereby stipulate, subject to the Court's approval, that Defendant shall have a 30-day extension of time to file her responsive pleading, making it due on or by April 20, 2015. All other deadlines should be extended accordingly. This extension is requested because the Special Assistant United States Attorney previously assigned to this case had a personal

emergency and the case had to be reassigned.  New Defense counsel requires additional time to review the administrative record and the agency's position in this case.

                                                       Respectfully submitted,

Dated:  March 23, 2015              BENJAMIN B. WAGNER
                                                       United States Attorney
                                                       DONNA L. CALVERT
                                                       Regional Chief Counsel, Region IX
                                                       Social Security Administration

                                        By:    /s/ *Donna W. Anderson*
                                                       DONNA W. ANDERSON
                                                       Special Assistant U.S. Attorney

                                                       Attorneys for Defendant

Dated:  March 23, 2015

                                        By:    /s/ *Jonathan O. Peña* *
                                                       JONATHAN O. PEÑA
                                                       Attorney for Plaintiff Andrew Michael Hays
                                                       *By email authorization on 03/23/2015*

                                  **IT IS SO ORDERED**:

Dated: 3/24/2015                     /s/ SANDRA M. SNYDER
                                         UNITED STATES MAGISTRATE JUDGE