BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANDREW MICHAEL HAYS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:14-CV-00001-SMS<br><br>STIPULATION TO EXTEND TIME AND ORDER THEREON |

    The parties, through their respective counsel, hereby stipulate, subject to the Court's approval, that Defendant shall have a 14-day extension of time to file her responsive pleading, making it due on or by May 4, 2015. Plaintiff's counsel does

//

//

1

not oppose the additional time, and agrees that all subsequent deadlines in the scheduling order should be extended accordingly.  This extension is requested due to illness of Defense counsel.

Respectfully submitted,

Dated:  April 21, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  April 20, 2015

By: /s/ *Jonathan O. Peña* *
JONATHAN O. PEÑA
Attorney for Plaintiff Andrew Michael Hays
*(\* By email authorization on 04/20/2015)*

**IT IS SO ORDERED** that defendant's responsive brief is now due on or before May 4, 2015, with NO FURTHER EXTENSIONS to be granted.

Dated: 4/21/2015         /s/ SANDRA M. SNYDER
                         UNITED STATES MAGISTRATE JUDGE